IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LOGGED RECEIVED

JUN - 1 2010

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE MATTER OF THE
SEARCH OF THE PREMISES
KNOWN AS:

Facebook (www.facebook.com)
located at 151 University Avenue
Palo Alto, California 94301

\*
\*   CASE NO. 10-1742 WGC
\*

....oOo....

## MOTION TO SEAL

The United States of America by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Stacy Dawson Belf, Assistant United States Attorney for said District, hereby moves this Court to seal the affidavit filed in support of the search warrant in the above-captioned case until further order of the Court in that it concerns and is part of a continuing investigation. Should the individuals under investigation become aware of the contents of the affidavit in support of the search warrant.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Stacy Dawson Belf
Assistant United States Attorney

It is so ORDERED, this ___ day of May, 2010.

_____
William Connelly
United States Magistrate Judge