**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**In the Matter of the Search of**
**THE PREMISES KNOWN AS:**

**Facebook (www.facebook.com)**
**located at 151 University Avenue**
**Palo Alto, California 94301**

**SEARCH WARRANT**

**CASE NUMBER:** 10-1742WC

TO: Special Agent P. Michael Gordon and any Authorized Officer of the United States

An affidavit having been made before me by P. Michael Gordon who has reason to believe that on the premises known as

**See Attachment A**

in the District of Maryland, there is now concealed certain property, namely

**See Attachment B**

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before May 17, 2010 (not to exceed 14 days) the place named above for the property specified, serving this warrant and making the search in the daytime - 6:00 A.M. to 10:00 P.M. and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to William Connelly, U.S. Magistrate Judge, as required by law.

May 7, 2010 at Greenbelt, Maryland
Date and Time Issued
9:20am

William Connelly
William Connelly
United States Magistrate Judge

**RETURN**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| --- | --- | --- |
| 05/07/2010 | 05/07/2010 12:41 pm ET | ALEX VICHINSKY |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED PAGES FOR LIST OF FILES PROVIDED BY FACEBOOK IN RESPONSE TO SEARCH WARRANT.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature] 06/07/2010

Subscribed, sworn to, and returned before me this date.

[signature: William Connelly] June 7, 2010

U.S. ~~Judge or~~ Magistrate Date

## ATTACHMENT A

## LOCATION TO BE SEARCHED

This warrant applies to information associated with the Facebook user ID numbers detailed in Attachment B and that is stored at the premises owned, maintained, controlled, or operated by Facebook, a company headquartered at 151 University Avenue, Palo Alto, California 94301.





Attachment B

ITEMS TO BE SEIZED

**I. Information to be disclosed by Facebook**

1) Any and all records associated with the following Facebook social networking site groups to the extent that the information described is within the possession, custody, or control of Facebook, Facebook is required to disclose the following information to the government for each user ID listed:

girls, girls, girls :), Facebook identification number (ID): 268911984527

Little girls love to play to :), Facebook ID: 291045979541

and all membership activity associated with these groups, including but not limited to:

(a) All contact information, including a list of users currently/historically registered to the group and information about the group head or administrator.

(b) All Photoprints, including all photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

(c) All Neoprints, including friend lists; groups and networks of which the user is a member; "News Feed" information; "Wall" postings; "Notes"; status updates; links to videos, photographs, articles, and other items; event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

(d) All other communications and messages made or received by the user, including all private messages and pending "Friend" requests;

(e) All IP logs;

(f) All information about the user's access and use of Facebook Marketplace;

(g) The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);





(h) All privacy settings and other account settings;

(i) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

2) Any and all records associated with the Facebook social networking site member accounts to the extent that the information described is within the possession, custody, or control of Facebook, Facebook is required to disclose the following information to the government for each user ID listed:

Alicia Anne Flett - 100000016173571
Alice Johnson - 100000723313049
Amy Farmer - 100000305903354
Amy Short - 1572525152
Andrea Ohh - 100000674357465
Buffy Tanner - 100000139810955
Cathy Smith -100000975245698
Claire Lambert - 100000719868762
Isabella Perkins - 100000751724198
Jodie Green - 100000762628529
Jodie Green - 100000641312011
Josefine Hertsch - 100000449876249
Katie Martin - 783922377
Katy Cat - 100000923791478
Kerry Thomas - 100000618307346
Lauren Thompson - 1440273431
Lisa King - 100000045208382
Lucy Anderson - 100000804461257
Lucy Stryder - 100000472230181
Marina Berchtold - 100000759288996
Pedro Van - 1140402104
Rachael Moorland - 100000908553240
Shernae Miller - 100000039391849
Stacey Lee Scott - 100000786607555
Stacey Scott - 100000595564461
Stephanie Stewart - 100000724480494
Tiggy Edwards-100000838159849
Triss Willis - 100000883144551
Zoe Miller - 100000909367512

and all membership activity associated with these member accounts, including but not limited to:

(a) All contact information, including full name, birth date, contact e-mail addresses, physical address (including city, state,



WGC
6/7/2010

and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All Photoprints, including all photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

(c) All Neoprints, including friend lists; groups and networks of which the user is a member; "News Feed" information; "Wall" postings; "Notes"; status updates; links to videos, photographs, articles, and other items; event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

(d) All other communications and messages made or received by the user, including all private messages and pending "Friend" requests;

(e) All IP logs;

(f) All information about the user's access and use of Facebook Marketplace;

(g) The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

(h) All privacy settings and other account settings;

(i) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

**II. Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of the statutes listed on the warrant involving the Facebook identification numbers indicated, including, for each user ID identified, information pertaining to the following matters:

(a) Records related to violations of Title 18 U.S.C. §§ 2252 and 2252A, relating to material involving the sexual exploitation of minors.

(b) Records relating to who created, used, or communicated with the user ID.





11369 Summary.txt

```
Folder PATH listing for volume 11369
Volume serial number is 1229-DE73
H:\11369
    11369BSI1.pdf
    11369BSI10.pdf
    11369BSI2.pdf
    11369BSI3.pdf
    11369BSI4.pdf
    11369BSI5.pdf
    11369BSI6.pdf
    11369BSI7.pdf
    11369BSI8.pdf
    11369BSI9.pdf
    11369IPLogs1.pdf
    11369IPLogs10.pdf
    11369IPLogs2.pdf
    11369IPLogs3.pdf
    11369IPLogs4.pdf
    11369IPLogs5.pdf
    11369IPLogs6.pdf
    11369IPLogs7.pdf
    11369IPLogs9.pdf
    11369Neomessages1.pdf
    11369Neomessages10.pdf
    11369Neomessages2.pdf
    11369Neomessages3.pdf
    11369Neomessages4.pdf
    11369Neomessages5.pdf
    11369Neomessages6.pdf
    11369Neomessages7.pdf
    11369Neomessages8.pdf
    11369Neomessages9.pdf
    11369Neophotos1.pdf
    11369Neophotos10.pdf
    11369Neophotos2.pdf
    11369Neophotos3.pdf
    11369Neophotos4.pdf
    11369Neophotos5.pdf
    11369Neophotos6.pdf
    11369Neophotos7.pdf
    11369Neophotos8.pdf
    11369Neophotos9.pdf
    11369Neoprint1.pdf
    11369Neoprint10.pdf
    11369Neoprint2.pdf
    11369Neoprint3.pdf
    11369Neoprint4.pdf
    11369Neoprint5.pdf
    11369Neoprint6.pdf
    11369Neoprint7.pdf
    11369Neoprint8.pdf
    11369Neoprint9.pdf
    coversheet.pdf

No subfolders exist
```

```
Folder PATH listing for volume 11370 Part 1
Volume serial number is 0156-D6B0
H:\11370
    11370BSI1.pdf
    11370BSI10.pdf
    11370BSI2.pdf
    11370BSI3.pdf
    11370BSI4.pdf
    11370BSI5.pdf
    11370BSI6.pdf
    11370BSI7.pdf
    11370BSI8.pdf
    11370BSI9.pdf
    11370IPLogs1.pdf
    11370IPLogs10.pdf
    11370IPLogs2.pdf
    11370IPLogs3.pdf
    11370IPLogs4.pdf
    11370IPLogs5.pdf
    11370IPLogs6.pdf
    11370IPLogs7.pdf
    11370IPLogs8.pdf
    11370IPLogs9.pdf
    11370Neomessages1.pdf
    11370Neomessages10.pdf
    11370Neomessages2.pdf
    11370Neomessages3.pdf
    11370Neomessages4.pdf
    11370Neomessages5.pdf
    11370Neomessages6.pdf
    11370Neomessages7.pdf
    11370Neomessages8.pdf
    11370Neomessages9.pdf
    11370Neophotos1.pdf
    11370Neophotos2.pdf
    11370Neophotos3.pdf
    11370Neophotos4.pdf
    11370Neophotos5.pdf
    11370Neophotos6.pdf
    11370Neophotos7.pdf
    11370Neophotos8.pdf
    11370Neophotos9.pdf
    11370Neoprint1.pdf
    11370Neoprint10.pdf
    11370Neoprint2.pdf
    11370Neoprint3.pdf
    11370Neoprint4.pdf
    11370Neoprint5.pdf
    11370Neoprint6.pdf
    11370Neoprint7.pdf
    11370Neoprint8.pdf
    11370Neoprint9.pdf
    coversheet.pdf

No subfolders exist
```

11370 part 2 Summary.txt

```
Folder PATH listing for volume 11370 Part2
Volume serial number is 2557-EFBB
H:\
    11370Neophotos10.zip
    coversheet.pdf

No subfolders exist
```

```
Folder PATH listing for volume 11371
Volume serial number is 0B2C-B6F6
H:\
|   coversheet.pdf
|
\---11371
        11371BSI1.pdf
        11371BSI2.pdf
        11371BSI3.pdf
        11371BSI4.pdf
        11371BSI5.pdf
        11371BSI6.pdf
        11371BSI7.pdf
        11371BSI8.pdf
        11371BSI9.pdf
        11371IPLogs1.pdf
        11371IPLogs2.pdf
        11371IPLogs3.pdf
        11371IPLogs4.pdf
        11371IPLogs5.pdf
        11371IPLogs6.pdf
        11371IPLogs7.pdf
        11371IPLogs8.pdf
        11371IPLogs9.pdf
        11371Neomessages1.pdf
        11371Neomessages2.pdf
        11371Neomessages3.pdf
        11371Neomessages4.pdf
        11371Neomessages5.pdf
        11371Neomessages6.pdf
        11371Neomessages7.pdf
        11371Neomessages8.pdf
        11371Neomessages9.pdf
        11371Neophotos.pdf
        11371Neophotos2.pdf
        11371Neophotos3.pdf
        11371Neophotos4.pdf
        11371Neophotos5.pdf
        11371Neophotos6.pdf
        11371Neophotos7.pdf
        11371Neophotos8.pdf
        11371Neophotos9.pdf
        11371Neoprint1.pdf
        11371Neoprint2.pdf
        11371Neoprint3.pdf
        11371Neoprint4.pdf
        11371Neoprint5.pdf
        11371Neoprint6.pdf
        11371Neoprint7.pdf
        11371Neoprint8.pdf
        11371Neoprint9.pdf
```